IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVERY CLARK WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| BRYAN COLLIER, ET AL., | ) | 3:24-CV-0103-G-BT |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 20, 2024. Judge Rutherford recommended that the defendants' motion to dismiss (docket entry 6) be **GRANTED**, and that the plaintiff's motion to transfer (docket entry 13) and motion to remand (docket entry 22) be **DENIED**.

The plaintiff Ivery Clark Williams filed objections to Judge Rutherford's Findings, Conclusions, and Recommendation (docket entries 27, 29, and 30). After considering the plaintiff's objections and making a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which the plaintiff objected, the

objections are **OVERRULED**. The court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

August 15, 2024.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**